**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

                    Plaintiff,

                    v.

DAVID MCJANNET and DOME SYSTEMS,
INC.,

                    Defendants.

26 Civ. 4042

---

## CORPORATE DISCLOSURE STATEMENT

Plaintiff, International Business Machines Corporation ("IBM"), through its undersigned counsel, submits the following Corporate Disclosure Statement pursuant to Federal Rule 7.1.

1.      IBM is incorporated under the laws of the state of New York, with its principle place of business in Armonk, New York.

2.      IBM is a citizen of the state of New York and there are no other individuals or entities whose citizenship is attributable to IBM.

3.      IBM is a publicly owned company.  It has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

Dated:     May 14, 2026
           New York, New York

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON &**
**GARRISON LLP**

By:  */s/ Jeffrey J. Recher*
Jeffrey J. Recher
Richard C. Tarlowe
Pietro J. Signoracci
Scott M. Caravello
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000

jrecher@paulweiss.com
rtarlowe@paulweiss.com
psignoracci@paulweiss.com
scaravello@paulweiss.com

*Attorneys for Plaintiff*
*International Business Machines Corporation*