**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

                     Plaintiff,

           - v. -

DAVID MCJANNET and DOME SYSTEMS,
INC.,

                  Defendants.

26 Civ. 4042

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT the undersigned, of the law firm Paul, Weiss,

Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for

Plaintiffs International Business Machines Corporation.

Dated:  May 14, 2026
New York, New York

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By:  */s/ Pietro J. Signoracci*
Pietro J. Signoracci
1285 Avenue of the Americas
New York, NY  10019-6064
Phone:  (212) 373-3000
psignoracci@paulweiss.com

*Attorney for International Business
Machines Corporation*