Case 7:26-cv-04042-PMH    Document 8    Filed 05/14/26    Page 1 of 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

                         Plaintiff,

            - v. -

DAVID MCJANNET and DOME SYSTEMS,
INC.,

                     Defendants.

26 Civ. 4042

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE THAT the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Plaintiffs International Business Machines Corporation.

Dated:  May 14, 2026
New York, New York

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By:  */s/ Scott M. Caravello*
Scott M. Caravello
1285 Avenue of the Americas
New York, NY  10019-6064
Phone:  (212) 373-3000
scaravello@paulweiss.com

*Attorney for International Business*
*Machines Corporation*